UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| In Re: )<br>)<br>HO WAN KWOK, )<br>)<br>        Appellant, )<br>)<br>)<br>v. )<br>)<br>PACIFIC ALLIANCE ASIA, )<br>OPPORTUNITY FUND L.P., and )<br>LUC A. DESPINS, CHAPTER 11 )<br>TRUSTEE FOR THE ESTATE OF HO )<br>WAN KWOK, )<br>)<br>        Appellees. )<br>) | CASE NO.: 3:23-cv-00102 (JBA)<br><br><br><br><br><br>MAY 24, 2023 |

### APPELLANT HO WAN KWOK'S
### CONSENT MOTION FOR EXTENSION OF TIME TO FILE APPELLANT BRIEF

Appellant Ho Wan Kwok (the "Appellant"), by and through his undersigned counsel, hereby moves this Court for a 30-day extension of time from May 27, 2023 to June 26, 2023 to file his appellant brief and as grounds therefor states as follows:

1. Appellant's counsel, David Wachen, is traveling out of the country and will require additional time to prepare and file Appellant's brief. Also, Appellant's counsel has encountered challenges with communicating with Appellant since his incarceration.

2. Appellee Luc A. Despins, Chapter 11 Trustee consents to this request. Appellee Pacific Alliance Asia Opportunity Fund L.P. consents to this request provided the time for filing its response brief is set for August 25, 2023 due to trial commitments of its counsel.

3. Appellant requests until September 25, 2023 to file his reply brief.

Accordingly, for the foregoing reasons, good cause exists for the Court to set the following briefing deadline schedule:

Appellant's Opening Brief:  June 26, 2023

Appellee's Brief:  August 25, 2023

Appellant's Reply Brief:   September 27, 2023

Respectfully submitted,

**DEFENDANT
HO WAN KWOK**

By:  /s/ *Jeffrey Hellman*
Jeffrey Hellman
Law Offices of Jeffrey Hellman, LLC
195 Church Street, 10th Floor
Tel.: 203-691-8762
Fax: 203-832-4401
New Haven, CT 06510
jeff@jeffhellmanlaw.com
Federal Bar No.: ct04102

/s/ *David Wachen*
David Wachen (*pro hac vice*)
Wachen LLC
11605 Montague Court
Potomac, MD 20854
Tel.: 240-292-9121
Fax: 301-259-3846
david@wachenlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that, on May 24, 2023, the foregoing was electronically filed. Notice of this filing is being sent by email to all parties to the above-captioned adversary proceeding *via* the Court's electronic filing system, CM/ECF. Parties may access this filing through the Court's CM/ECF system.

/s/ *Jeffrey Hellman*
Jeffrey Hellman