UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| In re:<br><br>HO WAN KWOK, *et al.*,[1]<br><br>    Debtors.<br><br>HO WAN KWOK, *et al.*,<br><br>    Appellants.<br><br>vs.<br><br>PACIFIC ALLIANCE ASIA OPPORTUNITY FUND L.P. AND LUC DESPINS, CHAPTER 11 TRUSTEE,<br><br>    Appellees. | Chapter 11 Case No. 22-50073 (JAM)<br><br><br><br><br>Civil No. 3:23-cv-00102-KAD |

**CHAPTER 11 TRUSTEE'S**
**NOTICE OF RELATED DISTRICT COURT PROCEEDINGS**

Pursuant to D. Conn. L. Civ. R. 40(b)(2), Luc A. Despins, as chapter 11 trustee (the "Trustee") for the debtor Ho Wan Kwok, hereby provides notice of the case caption, case number, and presiding judge for previous district court proceedings[2] arising from the same bankruptcy case. The Trustee files this notice in this case as a case in which relatedness is suggested, pursuant to the foregoing local rule, in light of the Trustee's recent appearance in *Mei Guo v. Luc A Despins,* case no. 3:23-mc-00093-OAW.

---

[1] The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595) ("Kwok" or the "Individual Debtor"), Genever Holdings Corporation ("Genever BVI"), and Genever Holdings LLC (last four digits of tax identification number: 8202) ("Genever US"). The mailing address for the Trustee, Genever BVI, and Genever US is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

[2] Unless otherwise indicated, each of these district court proceedings represents an appeal from the U.S. Bankruptcy Court.

1

| Case Caption | Case Number | Presiding Judge |
|---|---|---|
| *Ho Wan Kwok v. Luc A. Despins, Trustee, et al. (In Re: Ho Wan Kwok)* | 3:22-cv-01019-KAD[3] | Hon. Kari A. Dooley |
| *Ho Wan Kwok v. Luc A. Despins, Trustee, (In Re: Ho Wan Kwok)* | 3:22-cv-01028-KAD | Hon. Kari A. Dooley |
| *Ho Wan Kwok v. Luc A. Despins, Trustee, (In Re: Ho Wan Kwok)* | 3:22-cv-01581-KAD[4] | Hon. Kari A. Dooley |
| *Ho Wan Kwok v. Pacific Alliance Asia Opportunity Fund L.P., et al. (In Re: Ho Wan Kwok)* | 3:23-cv-00040-KAD[5] | Hon. Kari A. Dooley |
| *Ho Wan Kwok v. Luc A. Despins, Trustee, et al. (In Re: Ho Wan Kwok)* | 3:23-cv-00153-KAD | Hon. Kari A. Dooley |
| *Mei Guo, et al. v. Luc A. Despins, Trustee (In re: Ho Wan Kwok)* | 3:23-cv-00375-KAD | Hon. Kari A. Dooley |
| *Mei Guo, et al. v. Luc A. Despins, Trustee (In re: Ho Wan Kwok)* | 3:23-cv-00458-KAD | Hon. Kari A. Dooley |
| *Mei Guo, et al. v. Luc A. Despins, Trustee (In re: Ho Wan Kwok)* | 3:23-cv-00575-KAD[6] | Hon. Kari A. Dooley |
| *Mei Guo, et al. v. Luc A. Despins, Trustee (In re: Ho Wan Kwok)* | 3:23-cv-00690-KAD[7] | Hon. Kari A. Dooley |
| *Mei Guo v. Hon. Julie A. Manning, U.S.B.J. (In re Ho Wan Kwok)* | 3:23-cv-00795-KAD[8] | Hon. Kari A. Dooley |
| *Ho Wan Kwok v. Luc A. Despins, Trustee (In re Ho Wan Kwok)* | 3:23-cv-01068-KAD | Hon. Kari A. Dooley |
| *Shin Hsin Yu, et al. v. Luc A. Despins, Trustee (In re Ho Wan Kwok)* | 3:23-cv-01067-KAD | Hon. Kari A. Dooley |
| *HK International Funds Investments (USA) Limited, LLC v. Luc A. Despins, Trustee, et al. (In Re: Ho Wan Kwok)* | 3:23-cv-01207-KAD | Hon. Kari A. Dooley |
| *Holy City Hong Kong Ventures, Ltd., et. al. v. Luc A. Despins, Trustee, et al. (In Re: Ho Wan Kwok)* | 3:23-cv-01355-KAD | Hon. Kari A. Dooley |
| *Ho Wan Kwok v. Luc A. Despins, Trustee, et al. (In Re: Ho Wan Kwok)* | 3:23-cv-01003-KAD[9] | Hon. Kari A. Dooley |
| *Luc A. Despins, Trustee v. Mei Guo (In Re: Ho Wan Kwok)* | 3:23-mc-00093-OAW[10] | Hon. Omar A. Williams |

---

[3] Appeal voluntarily dismissed and closed April 20, 2023.

[4] An order denying leave to appeal entered in case number 3:22-cv-01581-KAD on January 24, 2023, and that case is closed.

[5] Motion for leave to appeal denied as moot in light of appeal proceeding in case number 3:23-cv-00102.

[6] Consolidated with 3:23-cv-375.

[7] Consolidated with 3:23-cv-458.

[8] This proceeding is a mandamus petition rather than a bankruptcy appeal.

[9] An order denying leave to appeal entered in case number 3:23-cv-01003-KAD on August 22, 2023, and that case is closed.

[10] This proceeding is a motion to withdraw the reference in a separate adversary proceeding.

| | | |
|---|---|---|
| *Greenwich Land, LLC, et al. v. Luc A. Despins, Trustee (In Re: Ho Wan Kwok)* | 3:23-mc-00062 (OAW)[11] | Hon. Omar A. Williams |

Dated: October 30, 2023              LUC A. DESPINS, CHAPTER 11 TRUSTEE
New Haven, Connecticut

By: */s/ Patrick R. Linsey*
   Douglas S. Skalka (ct00616)
   Patrick R. Linsey (ct29437)
   NEUBERT, PEPE & MONTEITH, P.C.
   195 Church Street, 13th Floor
   New Haven, Connecticut 06510
   (203) 781-2847
   dskalka@npmlaw.com
   plinsey@npmlaw.com

       *and*

   Nicholas A. Bassett (admitted *pro hac vice*)
   PAUL HASTINGS LLP
   2050 M Street NW
   Washington, D.C., 20036
   (202) 551-1902
   nicholasbassett@paulhastings.com

       *and*

   Avram E. Luft (admitted *pro hac vice*)
   G. Alexander Bongartz (admitted *pro hac vice*)
   PAUL HASTINGS LLP
   200 Park Avenue
   New York, New York 10166
   (212) 318-6079
   aviluft@paulhastings.com
   alexbongartz@paulhastings.com

   *Counsel for the Chapter 11 Trustee*

---

[11] This proceeding is a motion to withdraw the reference in a separate adversary proceeding.

## **CERTIFICATION**

The undersigned hereby certifies that on October 30, 2023, the foregoing Notice was filed electronically. Notice of this filing will be sent by e-mail to all parties appearing in the above-captioned miscellaneous proceeding by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing pursuant to the Notice of Electronic Filing. Parties may access this filing through the Court's system.

*/s/ Patrick R. Linsey*
Patrick R. Linsey (ct00616)
NEUBERT, PEPE & MONTEITH, P.C.